|  | FILED |
|---|---|
|  | August 30, 2012 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF |
|  | CALIFORNIA |
|  | DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:12-mj-00224-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| TATYANA SHVETS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Tatyana Shvets; Case 2:12-mj-00224-DAD from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $100,000.00, co-signed by defendant's mother and sister

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions;

Issued at   Sacramento, CA   on   8/30/2012   at   2:37  .

By   *Dale A. Drozd*

DALE A. DROZD
United States Magistrate Judge