**FILED**
August 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>TATYANA SHVETS,  )<br>  )<br>Defendant.  ) | CASE NUMBER: 2:12-mj-00224-DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Tatyana Shvets</u>; Case <u>2:12-mj-00224-DAD</u> from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $100,000.00, co-signed by defendant's mother and sister

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>8/30/2012</u> at <u>2:37</u>.

By _____/s/ Dale A. Drozd_____

DALE A. DROZD
United States Magistrate Judge